ANNA ABRAMS and JACK ABRAMS, Respondents, v. MORRIS L. GREIFF, Appellant. — In an action to recover damages for personal injuries sustained by the alleged negligence of the defendant and for loss of services, judgment in favor of the plaintiffs, entered upon verdicts, and order denying motion to set aside the verdicts, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Taylor, JJ.

GEORGE ARAB, Respondent, v. BUSH LUMBER AND SUPPLY CO., Appellant.— Plaintiff, a customer, while engaged in the selection of lumber in defendant's yard, fell from a defective platform and was injured. In an action for damages he received a verdict for $4,500. From the judgment entered thereon defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Taylor, JJ.

LILLIAN BERLIN and SAMUEL BERLIN, Respondents, v. MARCUS BULKOWSTEIN, Appellant.— Action for malpractice against a dentist by plaintiff wife and for loss of services, etc., by plaintiff husband. Judgment in favor of plaintiffs reversed on the law and a new trial granted, with costs to appellant to abide the event. The X-ray plates were erroneously admitted. They were not admissible under section 374-a of the Civil Practice Act. They were not properly authenticated. While discretion to grant the motion to amend the answer by pleading a prior judgment might have been exercised in favor of the motion, in view of plaintiffs' consent, the opportunity to amend at Special Term is now afforded, and it will there be made clear whether the judgment was against one or both plaintiffs. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.

SELMA BLUMENSTEIN, by JULIA BLUMENSTEIN, Her Guardian ad Litem, Respondent, v. SARAH JABLONER and ROSE WANG, Appellants, and BENJAMIN POSNER, Defendant.— Action by an infant to recover damages for personal injuries alleged to have been sustained, because of the negligence of the defendants, when a radiator standing unattached in the hall of the apartment house owned by the appealing defendants, in which plaintiff lived, fell upon her. Judgment for the plaintiff affirmed, with costs. No opinion. Lazansky, P. J., Hagarty and Davis, JJ., concur; Young and Taylor, JJ., dissent and vote for reversal and a new trial upon the ground that the determination is against the weight of the evidence.

CLAUDE A. BONAPARTE, Respondent, v. HOLYOKE MUTUAL FIRE INSURANCE COMPANY IN SALEM, NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY and STERLING FIRE INSURANCE COMPANY, Appellants.— In an action to recover certain amounts awarded by appraisers for a fire loss, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ.

MARY BRAISTED and WALTER C. BRAISTED, Respondents, v. THE CITY OF NEW YORK, Appellant.— In an action for damages for personal injuries sustained by reason of a fall upon snow and ice negligently permitted to remain upon a sidewalk, and for medical expenses and loss of services, etc., judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.